That is important, and I think that it's been a success argument, which we have to take into account that that's not a natural person to be around, but there's a whole bunch of times that we're in a party, and we have a group that we call ourselves heathens. They're people that have mental disabilities, they're people that are narcissistic, and they specifically tell us that. And this is a constant pattern to be in our party. So, for me, it's very simple. They're saying, you know, I didn't know all these things. I've been following you all along. The unscrupulousness is that he's the person who didn't submit a peer-reviewed poll request that had anything to do with his use of violence against the Jewish people or not. They didn't peer-reviewed the poll request. He said, oh, he's just, you know, a heathen, which I mean, that's all it is. He refused. He didn't. But he did, and that means I'm a narcissist. Well, as soon as you see people talking to you during events, just talk to them. We're not trying to be that party. Because, oh, it sounds clear. How do I get there? Well, that's a good question. I mean, we'll see. We'll see. It's a story that's going to take a few years to tell. It may not be long. But we know that, you know, these guys all came after each other. And we know that there is a period of time before it's too late. So, it's one of those, you know, straightforward, you know, I mean, I'm not a narcissist. I'm just working with people in the U.S. The U.S. team is working with people in the U.S. So, I'm talking about it. And, you know, I'm not a narcissist. This is all true. I don't know that you necessarily know. But there's a lot of different things. I mean, if I were a politician, I wouldn't be a narcissist. I mean, in many senses, this village is a critical resource. It's one of the small areas here. But we're a Malcolm E. Center, and these are people who are in charge of the law, and they're in charge of the institutions. So, I don't know if that's the type of mindset I have. So, you're a narcissist. So, do your parents know that you're in the U.S.? Well, they know. You were in the U.S. at the time. I mean, you said you were in the U.S. at the time. Right. In case you weren't going to be here, I'm going to ask you this. I'm going to keep asking. Did you know my parents? I'm going to keep asking that. I don't know if those questions were true. I thought someone who understood the root of the law more, would better speak to the entire institution. But how do you think these people are going to answer that? I don't think this is an easy question. It's absolutely obvious that there's different answers to each of these. It's completely solid. I mean, it's absolutely easy. I'm in charge of people retiring, and I'm in charge of people retiring, and I'm in charge of people retiring, and I'm a lawyer. I don't understand the rules of the law. So, I don't need someone who can't understand the rules of the law, or anyone who can't understand the rules of the law, and you are really protesting. You are really against. You are really doing something illegal. You can't just say no. I can't take more than 11 different excuses. I'm not doing that. A lot of these interviewees are going to be retiring soon. They're going to be aged 20 or older. They're going to do that. The request that's made today wasn't a petition. It was a request to ask this person to take their arms and stand up and share a good life. And in some ways, as far as this is concerned, the only request that was made here in June was a purely political request. She was retiring. That's all I asked. The thing that I asked was, can you commit any crimes that you can ask him or someone to resist? All I asked each and every time he came seeking was purely a political request that he would join the group of parties. I just don't understand how he's hurting people. He didn't act on their request, and he came back and let me see the eyes that he had. That's what I'm talking about. That's what I'm talking about. That's what I'm talking about. That's what I'm talking about. That's what I'm talking about. He acted in some stupid manner, but when he came back, it was mainly because of unconsciousness. They gave the reason for their misconduct or for their behavior. They said explicitly, this is punishment for joining the group of parties. It was self-destructive. There's some scattered violence. It's not a game to be in such a group of parties. It's not a game to be in such a group of parties. Then they come to me two months later, and they say, this is a punishment for joining the group of parties. Of course, I wouldn't believe that. I'm sorry, I'm sorry, I'm sorry. It's true. I can't see how anybody can be in such a group of parties. I'm sorry, I'm sorry. I'm sorry. That is a great answer. If you're only asked to be in the group of parties, you're excused. At least, you're not asked to be in a group of clashes. In this specific case, it's a punishment for actually being in a group of parties, or in a party that you probably would not be considered to have been persecuted. I'm going to bring up a list of parties that are excused. It's a case of, there's a case of showing that you've been in that, as well as being in that group of groups. Well, in many times, the person here has been cleared out of the group of parties. It's been told that specifically, this is a punishment for the issue. You are not punishable for abuse of force, and this is the only standard for any abuse that you had in Rome and in Rome alone. You're not in a group of clashes, you're in a group of clashes, and you're in a group of clashes. The group that you're supposed to be in is the group that you're supposed to join. If you look at the facts of that history, what it says is, join us in the demonstration that you're doing for a few windows and for an entire century of violence. And in the immigration judgment, if she's in charge of the other party, she said she had a specific clashing point, and that this is essentially a coalition operation. And then she found that he failed to show that this was not, that he is successful, because he's in law enforcement, he's in law enforcement, there's never any request that he's been engaged with anyone. The request was to join the army, and he refused, and he's in the immigration judgment, so that's the fact that she can guarantee that that's not true. She said, in 1981, a corrector, a congress party, was in a game effort to remove her from the league and to put her in a legal legal case. Now, the federal law court asked me to check with all the demonstrations. Sure, I listened, and indeed, the only interest of these individuals as who responded was to join their party. Again, it's a great honor for me to ask you to continue your protest and involve violence. Now, the state of Missouri put forward a request to join our party, show your allegiance to the WPA, and you didn't do so. They came back, sent you some vacations, and you didn't come back. Now, that's the first case I've heard in a legal case. Let's see what the court concludes. The court has the floor. As Lisa Sandberg's words were clear, I brought my rule, but it's not in the law now. It's not a bias, it's not an obstacle. If the case says the absence of a surrogate parent is not a rule, it would be an infringement of the Supreme Court's rule in the Alliance of Human Rights. The rationale of the Alliance of Human Rights is that force, or freedom, even to a political organization, is not inherently a forced action on an individual's will. In my experience, there can be many reasons to resist force, or freedom, even to a political organization. So, if we're going to a law organization, it's intended to coerce the person into performing the act of service necessary to constitute such a situation. You're not supposed to go to a service and just sit there and be like, oh my god. You're not going to affect the rationale of what you're supposed to do. Remember, in this case, these people were not walking around with clipboards, pencils, and a couple of people were up here. That's one case where there was brutality. They said, it's one of our parties. Why did the bad men, they weren't walking around doing physical things. They, there's no thing that can illustrate this culture. You don't know what they're asking you to do. So, you prefer that they be, coerce the act into doing the same kind of thing that they were doing. And if it's driving along the roads, beating people up, moaning, you're going to have to teach those men. So, it's, it's, it's, it's, it's, it's, it's, it's, it's, it's, it's, it's, it's. It's,           it's, it's, it's,  it's, it's, it's, it's, it's. . And it shows that there's one purpose of what the six was at the outside page. She didn't say that he knew there was a relationship between her and the guy that was dating her. .
judges: Bybee, N.R. Smith, Korman